# UNITED STATES DISTRICT COURT

for the

middle District of Florida

Tampa Division

John Ivery Butler

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Morgan And morgan PA
Judge mary Scriver
magistrate Shawn Flynn
CITY OF TAMPA FLORIDA
magistrate Shawn Flynn

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 8 22-CV-00606 · MSS-SPF

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: John Ivery Butler
Address: 1804 E. 143rd Street
Tampa (City) Fl (State) 33613 (Zip Code)
County: Hillsborough
Telephone Number:
E-Mail Address: J.IveryButler@gmail.com

P.O. Box 5947
Tampa Fl 33675

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Mary Scriven
Job or Title *(if known)*: U.S. Judge
Address: 801 North Florida Avenue
Tampa (City) Fl (State) 33602 (Zip Code)
County: Hillsborough
Telephone Number: 813-301-5400
E-Mail Address *(if known)*:

☐ Individual capacity ☑ Official capacity

Defendant No. 2

Name: City of Tampa
Job or Title *(if known)*: City of Tampa Lawyer
Address: 315 E Kennedy Bou
Tampa (City) Fl (State) 33602 (Zip Code)
County: Hillsborough
Telephone Number: 813-274-8004
E-Mail Address *(if known)*: 813-274-5908

☐ Individual capacity ☑ Official capacity

During everything to get rid of me
see attachment
Getting my suit dismiss

Defendant No. 3
Name: SEAN Flynn
Job or Title *(if known)*: U.S. Magistrate Judge
Address: 801 North Florida
Tampa Fla 33602
City State Zip Code
County: Hillsborough
Telephone Number: 813 - 301-5400
E-Mail Address *(if known)*:

☐ Individual capacity ☑ Official capacity

Defendant No. 4
Name: Morgan and Morgan
Job or Title *(if known)*: Attorneys
Address:
Tampa Fl 33602
City State Zip Code
County: Hillsborough
Telephone Number:
E-Mail Address *(if known)*:

☑ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Right to Petition as address in the the Constitution The 1st aamendment and the 14th admendment of constitution deprive any person of life, liberty with Due Proces

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Title 18 USC Section 241 Title Deprivation of Rigths: title 18 USC Section 242

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Judge mary scriven refuse to acted on Forma Pauper for ~~fast~~ a long times acting as a trespasser, making up things to delay or to stop my progress in this case. Trying to help the opposition.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

At the Federal Court house 801 North Florida Ave Tampa Fl and Hyatt Park on Platt

B. What date and approximate time did the events giving rise to your claim(s) occur?

July 14, 2022 3pm. I went to the Federal Courthouse to file papers the Clerk stated, that something is coming in. It was order that made up typing on both side of the paper. They knew it was wrong. The Judge ordered the order 3 day after.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was injured when the I was walking in Hyatt Park with 3 or 4 gentlemen at about 7 oclock pm, very Dark. I John Ivery butter strip of ~~bea~~ large beam on the on the sidewalk, the city knew that ~~the~~ got hurt, when I wrote them a letter and told them what happen to me and they sent me settlement agreement I gave to my attorney morgan ~~and~~ and morgan

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I was sustained injuries to my back
Four disc or bulging under my stomach
When I fell, my shoulders, neck, my thighs,
head, hands.
1. I went to St Joseph Hospital
2. I went to dedicated medical Senior on Hillsborough Ave
3. I had treatment at the orthopedic at Brandon medical Center
4. I had Pain management
5. Accupuncture
6. Chiropractor

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want people to be held accountable
I want the court to grant injunction
Preventing them for doing wrong and
make it right. actual damages
I figure $350,000 Punitive I let
the court assess that. What is fair
The city of Tampa, Fl.
~~The city~~ of Tampa Fl my
I was suing The City of Tampa
in a Prima Facie case and
didnot do anything to prevent this
accident and didnot take Safety
precaution to keep me from

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: October 14, 2022

Signature of Plaintiff: John Ivery Butler

Printed Name of Plaintiff: John Ivery Butler

### B. For Attorneys

Date of signing: ______________

Signature of Attorney ______________

Printed Name of Attorney ______________

Bar Number ______________

Name of Law Firm ______________

Address ______________

______________ ______________ ______________
*City* *State* *Zip Code*

Telephone Number ______________

E-mail Address ______________